NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

SEP 21 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-841 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00151-WFN-1 |
| v. | Eastern District of Washington, Spokane |
| LEONA LOUISE SUTTON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Wm. Fremming Nielsen, District Judge, Presiding

Submitted September 12, 2023**

Before:      CANBY, CALLAHAN, and OWENS, Circuit Judges.

Leona Louise Sutton appeals from the district court's judgment and

challenges the six-month sentence imposed upon the second revocation of her

supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sutton contends that the sentence is substantively unreasonable in light of

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the nature of her supervision violation and her mitigating circumstances.  We conclude that the district court did not abuse its discretion.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The within-Guidelines sentence, to be followed by no further supervision, is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances.  *See Gall*, 552 at 51.

**AFFIRMED.**